[No. 6502–1.   Division One.   July 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS JOHN COURTADE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82294, Nancy A. Holman, J., entered April 10, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by James and Andersen, JJ.

[No. 6711–1.   Division One.   July 23, 1979.]

SARA DRESEN, *Respondent,* v. KARLE DRESEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–23989, Lloyd W. Bever, J., entered May 31, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, A.C.J., and Dore, J.

[No. 6715–1.   Division One.   July 23, 1979.]

SEABASE INCORPORATED, *Appellant,* v. STANLEY M. THURMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 836149, Jack P. Scholfield, J., entered June 5, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Dore, J.